IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JANICE WALKER SIMMONS, INDIVIDUALLY § <br> AND AS REPRESENTATIVE OF § <br> THE ESTATE OF JOHN WALKER § <br> DECEASED AND RONELL WALKER § <br> Plaintiffs § <br> § <br> v. § <br> § <br> § <br> UNITED STATES OF AMERICA § <br> Defendant § | | Civil Action No. G-06-698 |

## MEDIATION ORDER

Based upon the representations of the defendant's counsel that both parties believe in the utility of mediation to this case, and that they have agreed upon the name of a mediator whose qualifications have been represented, and who the Court finds to be well qualified, hereby Orders that the parties proceed to mediation at their own expense at the earliest mutually acceptable and practicable date.

Signed at Galveston,Texas , this _____ day of_____,2006.

_____
Samuel B. Kent
United States District Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing proposed Mediation Order was personally emailed to: sschandlerlaw@aol.com and   mailed by

United States, first class, certified mail, return receipt requested, postage prepaid on

December   4 ,2006, to:


Sherry Scott Chandler
The Chandler Law Firm L.L.P.
10000 Memorial , Suite 320
Houston, Texas 77024
Attorney for Plaintiff

And to: Henry J. Blum,
Attorney/Mediator,P.C.
2211 Norfolk ,Suite 620
Houston,Texas 77098

/s/Samuel G. Longoria

_____
SAMUEL GLENN LONGORIA
Assistant United States Attorney

Case 3:06-cv-00698   Document 7   Filed in TXSD on 12/01/06   Page 3 of 3